JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ELY McCRAY,<br><br>　　　　Petitioner,<br><br>vs.<br><br>DEBRA DEXTER,<br><br>　　　　Respondent. | Case No. EDCV 07-1336-ABC (RNB)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/23/08

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE